1  **AEGIS LAW FIRM, PC**
   KASHIF HAQUE, (State BarNo. 218672)
2  E-Mail khaque@aegislawfirm.com
   SAMUEL A., WONG (State BarNo. 217104)
3  E-Mail swong@aegis1awfirm.com
   JESSICA L. CAMPBELL (State Bar No. 280626)
4  E-Mail jcampbell@aegislawfirm.com
   9811 Irvine Center Dnve, Suite 100
5  Irvine, California 92618
   Telephone: *(949)* 379-6250
6  Facsimile: (949) 379-6251

7  Attorneys for Plaintiff
   LUIS ORTIZ
8

9
   CHRISTOPHER J. BOMAN, SBN 198798
10 E-Mail cboman@laborlawyers.com
   LIZBETH OCHOA, SBN 219985
11 E-Mail lochoa@laborlawyers.com
   FISHER & PHfLLIPS LLP
12 2050 Main Street, Suite 1000
   Irvine; California 92614
13 Telepnone: *(949)* 851-2424
   Facsimile: (949) 851-0152

14
   Attorneys for Defendant
15 EXELINC.

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 LUIS ORTIZ, individuallyand on behalf of other members or the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXEL INC., a Massachusetts yorpm:ation; and DOES 1 through 20 mclus!Ve,<br><br>Defendants. | Case No: 5:15-cv-01949-AB (KKx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING PLAINTIFF'S CLAIMS**<br><br>Complaint Filed:   9/22/15 |

[PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIMS

C0\5197490.1

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that:

1. The class allegations in the Complaint are dismissed without prejudice.
2. The individual claims of Plaintiff Luis Ortiz alleged in the Complaint are dismissed with prejudice.
3. All Parties will bear their respective fees and costs related to this case.

Date: January 29, 2016

_____
Hon. André Birotte Jr.
United States District Court Judge

C0\5197490.1 [PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIMS